**Pamela L. JONES, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of the Social Security Administration, Defendant–Appellee.**

No. 14–2198.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 10, 2015.

Filed: March 3, 2015.

Julie A. Frank, Frank & Gryva, Omaha, NE, for Plaintiff–Appellant.

Pamela L. Jones, Omaha, NE, pro se.

Sophie Doroba, Kristi Schmidt, Deputy, Chief Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, Lynnett Wagner, U.S. Attorney's Office, Omaha, NE, for Defendant–Appellee.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Pamela L. Jones appeals the district court's[1] order affirming the denial of disability insurance benefits. Liberally construing Jones's brief, she appears to challenge the Administrative Law Judge's (ALJ's) credibility findings. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ did not err in making her credibility findings and that the ALJ's determination is supported by substantial evidence on the record as a whole. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska, now retired.